# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Shihab Ahmed Shihab Shihab<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 2:22-mj-366 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2021 through the present__ in the county of __Franklin__ in the __Southern__ District of __Ohio and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(i) | Attempting to bring an alien in to the United States in any manner whatsoever at a place other than a designated port of entry for the purpose of private financial gain |
| 18 U.S.C. §§ 115(a)(2) & 2 | Aiding and abetting the attempted murder of a person who formerly served as a United States Official, that is, a former President of the United States, with the intent to retaliate against such person on account of the performance of official duties during the term of service of such person |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

John Ypsilantis, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Via FaceTime.

Date: May 23, 2022

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge