AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 MAY 27 PM 12: 40

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Shihab Ahmed Shihab Shihab | ) | Case No. 2:22-mj-366 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Shihab Ahmed Shihab Shihab,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Attempting to bring an alien in to the United States in any manner whatsoever at a place other than a designated port of entry for the purpose of private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(i)

Aiding and abetting the attempted murder of a person who formerly served as a United States Official, that is, a former President of the United States, with the intent to retaliate against such person on account of the performance of official duties during the term of service of such person, in violation of 18 U.S.C. §§ 115(a)(2) & 2

Date: May 23, 2022

*Elizabeth A. Preston Deavers*
United States Magistrate Judge

City and state: Columbus, Ohio

### Return

This warrant was received on *(date)* 5/23/22, and the person was arrested on *(date)* 5/24/22
at *(city and state)* Columbus, Ohio.

Date: 5/27/22

*Arresting officer's signature*

JOHN YPSILANTIS    FBI/SA
Printed name and title