## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

The United States of America,

        Plaintiff,

v.

~~Shihab Shihab~~,

        Defendant.

Case No. 2:22 CR 236

Judge Michael H. Watson

### **INTERPRETER'S OATH**

I do solemnly swear that I will make a true interpretation of the proceedings to the party or witness, and that I will truly repeat the statements made by such party or witness to the Court, to the best of my ability.

_____
Interpreter
Print Name: _Yasser A Hamed_

The following oath was sworn in Court and on the record this _12th_ day of _January_, 2023.

_____
Deputy Clerk