**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

United States of America

    -vs-                      Case No.  2:22-CR-236

Shihab Ahmed Shihab Shihab
_____

### NOTICE OF HEARING

TAKE NOTICE that a **Arraignment on Information** is scheduled for **March 8, 2023** at **10:00 AM.** This hearing will be held before the **Honorable Norah McCann King**. Unless requested by the Defendant or Counsel for an in person hearing this hearing will be conducted by GoTo Meeting.

**\*\*\*Please find attached to this notice Waiver
and Consent Forms which, if applicable, should
be executed prior to the hearing date. Failure
to execute forms may result in a continuance of
this hearing.**

Dated February 17, 2023

                                          NORAH MCCANN KING
                                          UNITED STATES MAGISTRATE JUDGE

                                          */s/ Spencer Harris*
                                          By: Spencer Harris, Courtroom Deputy
                                          614.719.3027
                                          spencer_harris@ohsd.uscourts.gov