AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>__Shihab Ahmed Shihab__<br>Defendant | )<br>)<br>) Case No.<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: __3/8/2023__

_Defendant's signature_

_Signature of defendant's attorney_

__George Chaney Jr__
_Printed name and bar number of defendant's attorney_

__10 W. Broad St. Ste 1020 6.04__
_Address of defendant's attorney_

__georgechaney@fd.org__
_E-mail address of defendant's attorney_

__(614) 469-2999__
_Telephone number of defendant's attorney_

__(614) 469-5999__
_FAX number of defendant's attorney_