UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

The United States of America,

    Plaintiff,

    v.

__Shihab Shihab__,

    Defendant.

Case No. 2:22CR236

Judge Michael H. Watson

## INTERPRETER'S OATH

I do solemnly swear that I will make a true interpretation of the proceedings to the party or witness, and that I will truly repeat the statements made by such party or witness to the Court, to the best of my ability.

_____
Interpreter
Print Name: __Yasser A Hamed__

The following oath was sworn in Court and on the record this __12th__ day of __February__, 2024.

_____
Deputy Clerk